UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Harold CLEVETT,<br>　　　　　　　　Defendant. | Crim. No. 12-590 (KM)<br><br>OPINION and ORDER |

Harold Clevett has sent the Court a letter requesting a 2-month reduction of his criminal sentence, which he is currently serving. He is proceeding *pro se,* as he states that he has lost "contact and faith" with his attorney. He states that his release date is currently scheduled for July 7, 2015.

The grounds for reduction of sentence are essentially (a) that Mr. Clevett has learned his lesson and been punished enough; and (b) that his son Mark is currently scheduled to begin service of his sentence on May 1, 2015, and that in the two months that they are both imprisoned, care of Mark's special needs children will suffer. The motion will be denied. First, I lack jurisdiction to reduce a sentence already imposed on these grounds. *See* Fed. R. Crim. P. 35; 28 U.S.C. § 2255. Second, the Court considered the care of the children when it imposed staggered sentences on Harold and Mark Clevett. I have already once extended Mark Clevett's staggered surrender date based on a showing that his appeal was proceeding expeditiously, producing the rather short period of overlap of sentences to which Harold Clevett refers.

**IT IS THEREFORE** this 26th day of January, 2015,

**ORDERED** that the motion of Harold Clevett for reduction of sentence is **DENIED**.

_____
**KEVIN MCNULTY, U.S.D.J.**